FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 0 8 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  )<br>  Plaintiff,  )<br>vs.  )<br>Stanley Yellowhair,  )<br>  Defendant.  )<br>_____ ) | CR-03-971-1-PCT-MHM<br><br>**<u>ORDER</u>** |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on May 31, 2007.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. <u>United States v. Loya</u>, 23 F.3d 1529 (9th Cir. 1994).

1   **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2   court.
3   DATED this 7th day of June, 2007.

_Lawrence C. Anderson_
Lawrence O. Anderson
United States Magistrate Judge

- 2 -